**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gene Edward LUCAS, Defendant–Appellant.**

**No. 08–30278.**

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2009.*

Filed May 26, 2009.

Joseph E. Thaggard, Assistant U.S., USHE–Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, Great Falls, MT, for Defendant–Appellant.

Before: PREGERSON, CANBY, and BERZON, Circuit Judges.

### MEMORANDUM **

Gene Edward Lucas appeals from the 33–month sentence imposed following his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jury-trial conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lucas contends that his sentence is unreasonable because the district court failed to adequately consider the sentencing factors pursuant to 18 U.S.C. § 3553(a) and placed too much weight on his criminal history. We conclude that the district court did not commit procedural error, and that the sentence is not substantively unreasonable. *See United States v. Stoterau,* 524 F.3d 988, 999–1002 (9th Cir.2008).

**AFFIRMED.**